UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JEFFREY DENNIS ROE,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES A. YATES, Warden,<br><br>        Respondent. | No. EDCV 07-1273-R(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: _September 29, 2008__

_____
Manuel Real
United States District Judge